MARY E. COONEY, Respondent, v. CORNELIA S. BLODGET, Appellant.— In an action to recover damages for personal injuries alleged to have been sustained by plaintiff while a passenger in an automobile owned by defendant, order denying defendant's motion to vacate the notice of examination before trial modified on the facts to the extent of vacating the notice as to items 4 and 5. As thus modified, the order is affirmed, without costs, the examination to proceed on five days' notice. Items 4 and 5 refer to the extent of plaintiff's injuries and damages sustained by her. It was an improvident exercise of discretion to permit an examination as to these items. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

IRVING COOPER, Appellant, v. RAYRO REALTY CORPORATION and Another, Defendants, and DAVID GOLDSTEIN, Respondent.— Judgment creditor's action to set aside the alleged fraudulent transfer of real property and to decree that the defendants hold the property as constructive trustees. Plaintiff filed a lis pendens. Upon motion of respondent Goldstein, the lis pendens was canceled upon his filing a bond in the amount of $7,500, but the court also directed that the bond be conditioned upon plaintiff's establishing against the property a lien, which at the time of the filing of the lis pendens was superior to the interest of the defendant Goldstein in the property. Order modified on the law by striking from the first ordering paragraph everything following the words " judgment herein " down to and including the words " in said property." As thus modified, the order is affirmed, with ten dollars costs and disbursements to appellant. The order should have been limited to substituting the bond for the property. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.

COUNTY SECURITIES, INC., Respondent, v. WARWICK PROPERTIES, INC., and Another, Defendants, and CITY OF MOUNT VERNON, Appellant.— Action to recover money paid by plaintiff to the appellant in the purchase of a transfer of tax lien at a public tax lien sale. Order granting plaintiff's motion for judgment on the pleadings, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ. [176 Misc. 272.]

FLORAL PARK BANK AND TRUST COMPANY, Respondent, v. MASHOLIE-SALVATOR Co., INC., and Others, Defendants; CHARLES MASHOLIE, Appellant.— In an action on a promissory note against appellant as an irregular indorser, order denying appellant's cross-motion for summary judgment dismissing the complaint, pursuant to rule 113 of the Rules of Civil Practice and section 476 of the Civil Practice Act, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Johnston, Taylor and Close, JJ., concur.